UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>LEON BENZER, et al.,<br><br>Defendant(s). | Case No. 2:13-CR-18 JCM (GWF)<br><br>ORDER |

Presently before the court is defendant Salvatore Ruvolo's (hereinafter "defendant") motion to continue or for severance and continuance. (Doc. # 463).

The facts of the instant case are familiar to the court and the parties. Defendant is charged with conspiracy, mail fraud, and wire fraud in connection with an alleged scheme to take over homeowners association boards in the Las Vegas area. (Doc. # 1).

Trial in this case was originally set for March 2013. (Doc. # 71). Since that date, the parties have repeatedly stipulated and moved to continue trial. Trial is currently set to begin on February 23, 2015. (Doc. # 346).

Defendant now seeks a continuance on the grounds that his health is deteriorating. Defendant also states that his wife is bed-ridden and requires his care at all times. Defendant requests a court ordered independent medical evaluation to determine whether he should stand trial. (Doc. # 463).

The court has already granted multiple continuances in this case. Accordingly, defendants have had ample time to prepare for trial and make personal arrangements. The court does not finds grounds to grant any further continuances in this case. As a result, defendant's motion will be denied.

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that defendant Salvatore Ruvolo's motion to continue or for severance and continuance, (doc. # 463), be, and the same hereby is, DENIED.

DATED February 2, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -