# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiffs, ) | Case No. 2:13-cr-00018-JCM-GWF |
| vs. ) | **ORDER** |
| LEON BENZER, *et al.* ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Salvatore Ruvolo's Ex Parte Motion for Issuance of a Subpoena (#521), filed on March 9, 2015.

Defendant Ruvolo represents that the witness to be subpoenaed is necessary for his defense, but provides no explanation of why this witness is necessary. Accordingly,

**IT IS HEREBY ORDERED** that the Defendant's Ex Parte Motion for Issuance of a Subpoena (#521) is **denied** without prejudice.

**DATED** this 9th day of March, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge