# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:13-CR-18 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| SALVATORE RUVOLO, et al., | |
| Defendant(s). | |

Presently before the court is defendant Salvatore Ruvolo's motion to continue his self-surrender date. (Doc. # 756).

The facts of the instant case are familiar to the court and the parties. On March 17, 2015, a jury convicted defendant of one count to commit conspiracy and mail fraud in violation of 18 U.S.C. § 1349, two counts of wire fraud in violation of 18 U.S.C. § 1343, and one count of mail fraud in violation of 18 U.S.C. § 1341. On June 17, 2015, this court sentenced defendant to twenty-four months imprisonment and three years supervised release.

Defendant seeks to continue his self-surrender date currently scheduled for September 18, 2015, for approximately ninety days. (Doc. # 756). Defendant states that he and his wife have suffered health problems. Defendant has a heart condition that will require attention while he is incarcerated, and his wife broke her hip on July 29, 2015, making it difficult for her to travel up to Oregon to live with their daughter. (Doc. #756). While it is unfortunate that these events have occurred during this transition, defendant's heart condition can be appropriately monitored while

**James C. Mahan**
**U.S. District Judge**

he is incarcerated and both defendant and his family have had ample notice of his surrender date and over a month to provide for suitable interim arrangements for his wife in light of her injury.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED defendant Salvatore Ruvolo's motion to continue his self-surrender date (doc. # 756) be, and the same hereby is, DENIED.

DATED September 14, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**